# UNITED STATES DISTRICT COURT
## Eastern District of California

### Superseding Petition For Warrant or Summons For Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | Majid Bajmanlo | **Docket Number:** | 0972 2:08CR00392-10 |
| **Name of Judicial Officer**: | Honorable Garland E. Burrell, Jr. | | |
| **Date of Original Sentence:** | 2/26/2010 | | |

**Original Offense:** 21 USC 843(b) – Illegal Use of a Communication Facility (Class E Felony)

**Original Sentence:** 48 months custody Bureau of Prisons; 12 month term of supervised release; $100 special assessment.

**Special Conditions:** 1) Submit to search; 2) Financial disclosure; 3) Shall participate in a correctional drug treatment program; 4) Shall participate in a program of testing for substance abuse; 5) No pager; 6) Aftercare co-payment of $25 per month for testing and treatment services; 7) Register as a drug offender.

| | |
|---|---|
| **Type of Supervision:** | TSR |
| **Date Supervision Commenced:** | 10/21/2011 |

**Other Court Actions:**

**02/29/2012:**       Probation form 12C-Supervised Release violation petition filed.

RE: **Majid  Bajmanlo**                              **Docket Number: 0972 2:08CR00392-10**

## PETITIONING THE COURT

☐ **TO ISSUE A WARRANT**

☐ **TO ISSUE A SUMMONS**

☒  **OTHER: To file the petition and have the matter heard on the previously scheduled Court date of October 17, 2014 at 9:00 a.m.**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**       **Nature of Violation**

**Charge 1:**           **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

On October 25, 2011, the offender was referred to The Effort, Inc., the probation office's outpatient contract urine testing facility in Sacramento, California.  On the following dates and under the following specimen I. D. Numbers, the offender tested positive for the following unlawful controlled substances:

| Date of Test | Laboratory Control No. | Positive for |
|---|---|---|
| 01/13/2012 | B02208629 | Cocaine benzoylecgonine |
| 01/23/2012 | B02208593 | Cocaine benzoylecgonine |
| 02/06/2012 | B02208414 | Cocaine benzoylecgonine |
| 02/16/2012 | B02208317 | Cocaine benzoylecgonine |

This conduct is in violation of the offender's mandatory conditions of release, which state *"the defendant shall refrain from any unlawful use of a controlled substance."*

RE: **Majid Bajmanlo**                  **Docket Number: 0972 2:08CR00392-10**

**Charge 2:**     **NEW LAW VIOLATION**

On April 10, 2012, the offender was arrested and charges with violations of 11378 Health and Safety Code (H&S) – Possession of Methamphetamine for Sale and 11379(a) H&S – Transportation of Methamphetamine. The offender pled No Contest to 11379(a) H&S on May 24, 2012 and was sentenced to five years custody.

This conduct is in violation of the offender's mandatory conditions of release which state *"The defendant shall not commit another federal, state, or local crime."*


**Justification:** The offender began his one-year term of supervised release on October 21, 2011. The offender was involved in a multi-defendant drug distribution case involving methamphetamine, MDMA, and marijuana. There were 16 co-defendants in this case, with the defendant being intercepted making outgoing phone calls from other individuals in the conspiracy discussing the purchasing and picking up of illegal narcotics. Additionally, the defendant took a trip with another co-defendant to Southern California to transport money and narcotics.

After release from custody, the offender began residing with a family friend and her son in south Sacramento. The offender continues to reside at this residence. The offender has not secured employment since release.

The offender submitted positive cocaine tests on January 13, 2012, and January 23, 2012. The undersigned met with the offender at his home on January 25, 2012, at which time the offender was given an opportunity to explain his behavior. At that time, the offender continued to deny that he had used any illegal substances. Subsequently, on February 8, 2012, the offender reported to the undersigned's office. During this occasion, he did admit to using cocaine, indicating that a friend who had owed him some money gave him cocaine instead of money and that he had used the cocaine intermittently for a couple of weeks with his last use occurring about one week prior to the February 8, 2012 meeting. At this time, the offender was referred to an outpatient drug group which meets once a week and also for individual counseling where he was to meet once a week. Unfortunately, these measures have not proven successful, as the offender provided two additional positive drug tests for cocaine on February 6, and 16, 2012.

Your Honor issued a violation warrant which was filed on February 29, 2012. The offender was arrested by local law enforcement and charged as alleged in Count 2 of the superseding petition. He was the passenger in a vehicle that was stopped by law enforcement. Officers found 5 pounds of methamphetamine in his possession. Additionally a home was searched in which the offender was seen leaving a short time prior to his arrest, and in the home officers located approximately an additional 7 pounds of methamphetamine.

RE: **Majid Bajmanlo**                                              **Docket Number: 0972 2:08CR00392-10**

       **Custody Status/Location** – Sacramento County Jail

       **Booking/CDCR Number** –X Ref 4475568

**Detention:**  The offender has been in custody since his arrest of April 10, 2012.  He has finished his state sentence and Your Honor's warrant has been executed.  He has made an initial appearance before United States Magistrate Judge Carolyn Delaney and was detained and the matter set before Your Honor for October 17, 2014.

       **I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   **October 8, 2014**
                      **Sacramento, California**

                                            Respectfully submitted,
                                            **/s/Glenn P. Simon**

                                            **Glenn P. Simon**
                                            **United States Probation Officer**
**DATED:**   10/8/2014              Telephone:  916-930-4306

                                            Reviewed by,
                                            **/s/Jeffrey C. Oestreicher**

                                            **Jeffrey C. Oestreicher**
                                            **Supervising United States Probation Officer**

RE: **Majid Bajmanlo**                                            **Docket Number: 0972 2:08CR00392-10**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a warrant.

☐ The issuance of a summons (copy to Defense Counsel).

☒ Other: **To file the petition and have the matter heard on the previously scheduled Court date of October 17, 2014 at 9:00 a.m.**

Dated: October 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney: Josh Sigal

Defense Counsel: Scott L. Tedmon

United States Marshal Service

RE: **Majid Bajmanlo**                                          **Docket Number:** 0972 2:08CR00392-10

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Garland E. Burrell, Jr.
Senior United States District Judge
Sacramento, California

                                        RE:    Majid BAJMANLO
                                               **Docket Number:** 0972 2:08CR00392-10

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C – Superseding Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1: UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

    **a. Evidence:**

        i. Alere Toxicology Services, Inc., laboratory reports dated January 13, 2012, January 23, 2012, February 6, 2012, and February 16, 2012.

    **b. Witnesses:**

        i. Staff from The Effort, Inc. will testify as to the collection and chain of evidence procedures.

**Charge 2: NEW LAW VIOLATION**

    **a. Evidence:**

        i. Sacramento Sheriff Department arrest report number 12-76211.

        ii. Sacramento Superior Court Docket number 12F02649.

    **b. Witnesses:**

        i. Arresting officers from the Sacramento County Sheriff's Department.

Page **6** of **8**                                                                                                    PROB 12C
                                                                                                                                  (07/13)

RE: **Majid  Bajmanlo**                                     Docket Number: **0972 2:08CR00392-10**

                                                                                    Respectfully submitted,
                                                                                    **/s/Glenn P. Simon**

                                                                                    _____
                                                                                    **Glenn P. Simon**
                                                                                    **United States Probation Officer**
                                                                                    Telephone: 916-930-4306

**DATED:**   10/8/2014
                    Sacramento, California

                                                                                    Reviewed by,
                                                                                    **/s/Jeffrey C. Oestreicher**

                                                                                    _____
                                                                                    **Jeffrey C. Oestreicher**
                                                                                    **Supervising United States Probation Officer**

RE: **Majid Bajmanlo**                                      Docket Number: 0972 2:08CR00392-10

### REVOCATION GUIDE – SUPERVISED RELEASE

| | | | |
|---|---|---|---|
| **Name of Offender:** | Majid Bajmanlo | **Docket Number:** | 0972 2:08CR00392-10 |

**Original term of supervised release imposed:** 1 **year**

**Highest grade of violation alleged:** B

**Criminal History Category of offender:** I

**Chapter 7 range of imprisonment:** 4 **to** 10 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

☒        **Class E felony and misdemeanors - 1 year**

**Violation requires mandatory revocation:  YES:** ☒   **NO:** ☐

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

### MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:   1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.